1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10 | MICHAEL CORDERO,           ) Case No.: 2:19-cv-08993-KK

11          Plaintiff,       ) ORDER AWARDING EQUAL
                                ) ACCESS TO JUSTICE ACT

12      vs.                 ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)

13 | ANDREW SAUL,           ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,   ) U.S.C. § 1920

14                                    )
         Defendant        )

15                                    )
 _____ )

16

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $3,950.00 as

20 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21 awarded subject to the terms of the Stipulation.

22 DATE:   10/6/20

23                                  _____

24                     THE HONORABLE KENLY KIYA KATO
                          UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3          /s/ *Steven G. Rosales*
     _____
4    Steven G. Rosales
     Attorney for plaintiff Michael Cordero
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26